GIBSON, DUNN & CRUTCHER LLP
PETER S. MODLIN, SBN 151453
PModlin@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

BENJAMIN M. GLICKMAN, SBN 247907
BGlickman@gibsondunn.com
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

Attorneys for Defendant
ORCHARD SUPPLY HARDWARE
STORES CORPORATION

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

ALBERT GEORGE CURTIS,

Plaintiff,

v.

ORCHARD SUPPLY HARDWARE STORES CORPORATION; VISALIA PROPERTIES, a California General Partnership,

Defendants.

CASE NO. 1:12-CV-01833-LJO-SMS

**STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE [L.R. 143]**

**ORDER**

Action Filed: November 7, 2012

Pursuant to Local Rule 143, the undersigned counsel of record for Plaintiff Albert George Curtis ("Plaintiff"), Defendant Orchard Supply Hardware LLC ("Orchard"), and Defendant Visalia Properties ("Visalia") stipulate and agree to continue the date of the Mandatory Scheduling Conference as follows:

WHEREAS, Plaintiff filed his complaint in this action on November 7, 2012 (the "Complaint");

WHEREAS, pursuant to the Court's November 8, 2012 and January 25, 2013 orders, a Mandatory Scheduling Conference is currently scheduled before Magistrate Judge Sandra M. Snyder at 11:00 a.m. on February 7, 2013, and the parties' Joint Scheduling Report is currently due on January 31, 2013;

WHEREAS, Visalia has not yet entered an appearance in this matter and, pursuant to the parties' January 23, 2013 stipulation, is not required to answer or otherwise respond to the Complaint until February 25, 2013;

WHEREAS, Plaintiff and Orchard are actively discussing resolution of this matter in its entirety;

WHEREAS, the parties have met and conferred and have agreed that it is in the best interests of the parties and the Court, and in the interests of justice, to request the Court to continue the Mandatory Scheduling Conference until March 1, 2013, or as soon thereafter as is convenient for the Court;

THEREFORE, IT IS STIPULATED AND AGREED, by and between the parties, through their respective counsel, based on the foregoing and subject to the approval of the Court, that:

1. The Mandatory Scheduling Conference, currently scheduled for 11:00 a.m. on February 7, 2013, shall be continued to March 5, 2013, at 11:00 a.m.; and
2. The parties' Joint Scheduling Report shall be due seven (7) days prior to the rescheduled Mandatory Scheduling Conference.

///

DATED: January 25, 2013 GIBSON, DUNN & CRUTCHER LLP

By: /s/ Benjamin M. Glickman
Benjamin M. Glickman

Attorneys for Defendant
ORCHARD SUPPLY HARDWARE STORES CORPORATION

DATED: January 25, 2013 GLASER WEIL FINK JACOBS HOWARD AVCHEN & SHAPIRO LLP

By: /s/ Daniel Jordan (as authorized on 1/25/13)
Daniel Jordan

Attorneys for Defendant
VISALIA PROPERTIES

DATED: January 25, 2013 MOORE LAW FIRM, P.C.

By: /s/ Tanya E. Moore (as authorized on 1/24/13)
Tanya E. Moore

Attorneys for Plaintiff
ALBERT GEORGE CURTIS

**ORDER**

Based on the parties' stipulation and good cause appearing therefor, it is hereby ORDERED:

1. The Mandatory Scheduling Conference, currently scheduled for 11:00 a.m. on February 7, 2013, is continued to March 5, 2013, 11:00 a.m. before the Honorable Sandra M. Snyder; and
2. The parties shall submit a Joint Scheduling Report no later than seven (7) days prior to the Mandatory Scheduling Conference.

**IT IS SO ORDERED.**

DATE: 1/29/2013

/s/ SANDRA M. SNYDER
Honorable Sandra M. Snyder
United States Magistrate Judge