GIBSON, DUNN & CRUTCHER LLP
PETER S. MODLIN, SBN 151453
PModlin@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

BENJAMIN M. GLICKMAN, SBN 247907
BGlickman@gibsondunn.com
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

Attorneys for Defendant
ORCHARD SUPPLY HARDWARE
STORES CORPORATION

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT GEORGE CURTIS,<br><br>              Plaintiff,<br><br>     v.<br><br>ORCHARD SUPPLY HARDWARE STORES CORPORATION; VISALIA PROPERTIES, a California General Partnership,<br><br>              Defendants. | CASE NO. 1:12-cv-01833-LJO-SMS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER THEREON**<br><br>**L.R. 143, 144**<br><br>Action Filed: November 7, 2012 |

Pursuant to Local Rules 143 and 144, the undersigned counsel of record for Plaintiff Albert George Curtis ("Plaintiff"), Defendant Orchard Supply Hardware LLC ("Orchard"), and Defendant Visalia Properties ("Visalia" and, collectively with Orchard, "Defendants") stipulate and agree to extend the time for Visalia's response to Plaintiff's Complaint as follows:

WHEREAS, Plaintiff filed his complaint in this action on November 7, 2012 (the "Complaint");

WHEREAS, Defendant Visalia Properties was served with the Complaint on January 7, 2013;

WHEREAS, on January 23, 2013, the parties stipulated, pursuant to Local Rule 144, to extend the time for Visalia's response to the Complaint by twenty-eight (28) days;

WHEREAS, absent an extension, Visalia's response to the Complaint is currently due on February 25, 2013;

WHEREAS, Plaintiff and Orchard are actively engaged in settlement discussions to resolve this matter on behalf of all parties;

WHEREAS, the parties have met and conferred and have agreed that it is in the best interests of the parties, and in the interests of justice, to extend the time for Visalia to respond to the Complaint until March 4, 2013 to permit further settlement discussions while minimizing litigation expense;

WHEREAS, this extension will not alter any other date or deadline set by the Court;

WHEREAS, the parties agree that this stipulation does not waive any right of the parties to request further extensions from the Court;

IT IS STIPULATED AND AGREED THAT Visalia's time to answer or otherwise respond to the Complaint shall be extended by seven (7) days to March 4, 2013.  Nothing in this Stipulation shall be construed as a waiver of any of Plaintiffs' or Defendants' rights, defenses, or arguments they would otherwise have.

DATED: February 21, 2013

          GIBSON, DUNN & CRUTCHER LLP

By:    /s/ Benjamin M. Glickman
        Benjamin M. Glickman

Attorneys for Defendant
ORCHARD SUPPLY HARDWARE STORES CORPORATION

DATED: February 21, 2013

          GLASER WEIL FINK JACOBS HOWARD AVCHEN & SHAPIRO LLP

By:    /s/ Daniel Jordan (as authorized on 2/21/13)
        Daniel Jordan

Attorneys for Defendant
VISALIA PROPERTIES

DATED: February 21, 2013

          MOORE LAW FIRM, P.C.

By:   /s/ Tanya E. Moore (as authorized on 2/21/2013)
        Tanya E. Moore

Attorneys for Plaintiff
ALBERT GEORGE CURTIS

**IT IS SO ORDERED.**

Date: 2/22/2013           /s/ Sandra M, Snyder
          Hon. Sandra M. Snyder
          United States Magistrate Judge

101464285.1