UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT GEORGE CURTIS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ORCHARD SUPPLY HARDWARE STORES CORP., et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. CV F 12-1833 LJO SMS<br><br>**ORDER AFTER SETTLEMENT**<br>(Doc. 17.) |

　　　　Plaintiff's counsel notified this Court that settlement has been reached among all parties. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than April 5, 2013,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

　　　　This Court VACATES all pending matters and dates, including the April 2, 2013 scheduling conference.

　　　　Failure to comply with this order may be grounds for the imposition of sanctions on counsel or

parties who contributed to violation of this order.  *See* Local Rules 160 and 272.  This Court ADMONISHES the parties and counsel that they must obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

Dated:     **February 28, 2013**                    /s/ Lawrence J. O'Neill
                                                     UNITED STATES DISTRICT JUDGE