1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Albert George Curtis

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT GEORGE CURTIS,<br><br>           Plaintiff,<br><br>      vs.<br><br>ORCHARD SUPPLY HARDWARE STORES CORPORATION, et al.,<br><br>           Defendants. | No. 1:12-CV-01833-LJO-SMS<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

   IT IS HEREBY STIPULATED by and between Plaintiff Albert George Curtis and Defendant Orchard Supply Hardware Stores Corporation ("Defendant"), the only parties to have appeared in this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Date: March 11, 2013                          MOORE LAW FIRM, P.C.


                                              /s/Tanya E. Moore
                                              Tanya E. Moore
                                              Attorney for Plaintiff Albert George Curtis

///

Date: March 11, 2013                              GIBSON, DUNN & CRUTCHER, LLP

/s/ Benjamin M. Glickman
Benjamin M. Glickman
Attorneys for Defendant Orchard Supply Hardware Stores Corporation

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.  The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **March 11, 2013**                    /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE

*Curtis v. Orchard Supply Hardware Stores Corporation, et al.*
Stipulation for Dismissal of Action; [Proposed] Order
Page 2