Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Albert George Curtis

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT GEORGE CURTIS,<br><br>         Plaintiff,<br><br>    vs.<br><br>ORCHARD SUPPLY HARDWARE STORES CORPORATION, et al.,<br><br>         Defendants. | No. 1:12-CV-01833-LJO-SMS<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

   IT IS HEREBY STIPULATED by and between Plaintiff Albert George Curtis and Defendant Orchard Supply Hardware Stores Corporation ("Defendant"), the only parties to have appeared in this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Date: March 11, 2013                      MOORE LAW FIRM, P.C.


                                          /s/Tanya E. Moore
                                          Tanya E. Moore
                                          Attorney for Plaintiff Albert George Curtis

///

*Curtis v. Orchard Supply Hardware Stores Corporation, et al.*
Stipulation for Dismissal of Action; [Proposed] Order

Page 1

Date: March 11, 2013                                      GIBSON, DUNN & CRUTCHER, LLP


                                                          /s/ Benjamin M. Glickman
                                                          Benjamin M. Glickman
                                                          Attorneys for Defendant Orchard Supply Hardware
                                                          Stores Corporation


## **ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.  The clerk is directed to close this action.


IT IS SO ORDERED.

   Dated:   **March 11, 2013**                             **/s/ Lawrence J. O'Neill**
                                                          UNITED STATES DISTRICT JUDGE

*Curtis v. Orchard Supply Hardware Stores Corporation, et al.*
Stipulation for Dismissal of Action; [Proposed] Order
                                Page 2